No. 78. A. C. FROST & CO. v. COEUR D'ALENE MINES CORP. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Idaho granted. *Messrs. Ernest L. Wilkinson, Charles J. Kappler,* and *John W. Cragun* for petitioner. *Messrs. James A. Wayne* and *W. H. Langroise* for respondent.

No. 85. FEDERAL TRADE COMMISSION v. BUNTE BROTHERS, INC. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Biddle* for petitioner. *Messrs. Theodore E. Rein* and *Samuel G. Clawson* for respondent.

No. 97. VOELLER ET AL. v. NEILSTON WAREHOUSE CO. ET AL. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Ohio granted. *Messrs. Carrington T. Marshall* and *Orland R. Crawfis* for petitioners. *Mr. Francis J. Wright* for respondents.

No. 120. PALMER ET AL., TRUSTEES, v. WEBSTER & ATLAS NATIONAL BANK, TRUSTEE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Hermon J. Wells* for petitioners. *Mr. Robert H. Davison* for respondent.

No. 188. UNITED STATES v. COWDEN MANUFACTURING Co. October 14, 1940. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Biddle*

for the United States. *Mr. Phil D. Morelock* for respondent.

No. 194. MARYLAND CASUALTY CO. *v.* PACIFIC COAL & OIL CO. ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Paca Oberlin* and *Parker Fulton* for petitioner.

No. 200. RECONSTRUCTION FINANCE CORPORATION *v.* J. G. MENIHAN CORPORATION ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biddle* for petitioner. *Mr. George H. Harris* for respondents.

No. 212. HURON HOLDING CORP. ET AL. *v.* LINCOLN MINE OPERATING Co. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Daniel Gordon Judge* for petitioners. *Messrs. D. Worth Clark* and *William H. Langroise* for respondent.

No. 237. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* LEGIERSE ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biddle* for petitioner. *Mr. Frederick O. McKenzie* for respondents.

No. 251. MILLINERY CREATOR'S GUILD, INC., ET AL. *v.* FEDERAL TRADE COMMISSION. October 14, 1940. Peti-